

# NUMBER 13-24-00239-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**BILLY LOPEZ AND MARISA LOPEZ,**                           **Appellants,**

**v.**

**BERRY CONTRACTING, L.P.**
**D/B/A BAY LTD.,**                                                         **Appellee.**

## ON APPEAL FROM THE 214TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on appellants' first amended voluntary motion to dismiss appeal. Appellants' amended motion to dismiss is voluntary and unopposed.

The Court, having considered appellants' amended motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' first

amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellants, as there is no clear agreement between the parties regarding costs and as indicated in the motion. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellants' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
30th day of May, 2024.